UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**MARVIN TAYLOR**, et. al.,

    Plaintiffs,

vs.

**VISTEON CORPORATION**,
a Delaware corporation,

    Defendant.

Case No. 03-75163

Hon. Patrick J. Duggan

---

SOMMERS, SCHWARTZ, SILVER
& SCHWARTZ, P.C.
BY:   DONALD J. GASIOREK (P24987)
Attorney for Plaintiff
2000 Town Center, Suite 900
Southfield, Michigan 48075-1100
(248) 355-0300

FOLEY & LARDNER
BY:   PHILIP B. PHILLIPS (P55885)
Local Counsel for Defendant
150 W. Jefferson Ave., Suite 1000
Detroit, Michigan 48226-4443
(313) 963-9606

FOLEY & LARDNER
BY:   BERNARD J. BOBBER
DAVID J.B. FROILAND
Attorneys for Defendant
777 E. Wisconsin Ave.
Milwaukee, Wisconsin 53202-5306
(414) 297-5803 (BJB)
(414) 297-5579 (DJBF)

FILED '04 MAR 10 A11:57

---

**EXHIBIT "A" TO
PLAINTIFFS' BRIEF IN RESPONSE TO MOTION TO DISMISS**

# SEALED

# MATTER

# DOCUMENT PLACED

# IN VAULT