```
                UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF MICHIGAN
                      SOUTHERN DIVISION
```

MARVIN TAYLOR, et al.

        Plaintiff,

   -v-                       Case No. 03-CV-75163-DT

VISTEON CORPORATION,

        _____Defendant./

**MOTION TO DISMISS**
**BEFORE THE HONORABLE PATRICK J. DUGGAN**
United States District Judge
867 U.S. Courthouse
231 West Lafayette
Detroit, Michigan 48226

**(Wednesday, June 2, 2004)**

APPEARANCES:    DONALD GASIOREK, ESQUIRE
                   Appearing on behalf of the Plaintiff.

                 PHILIP PHILLIPS, ESQUIRE
                 BERNARD BOBBER, ESQUIRE
                 Appearing on behalf of the Defendant.

REPORTED BY:    MARIE METCALF, CSMR, CVR, CM
                 Official Court Reporter
                 867 U.S. Courthouse
                 231 West Lafayette
                 Detroit, Michigan 48226
                 (313)962-3832



FILED
SEP 17 2004
CLERK'S OFFICE
U.S. DISTRICT COURT
EASTERN MICHIGAN

# # OF PAGES IN TRANSCRIPT

24

# ORIGINAL PLACED

# ON SHELF