UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARVIN TAYLOR, JOHN ABRAHAMSSON, KEVIN BARGON, HENRY BECKWITH, NEIL BEDNARZ, GARY BOSSARD, THOMAS BRYANS, ROBERT CLIFFEL, REGINALD CZACH, PARSHURAM DATE, BHUPEN GANDHI, JAMES GEROMETTA, TRICIA GRANT, LARRY GREEN, DAMYANTI GUPTA, SUBHASH GUPTA, RAYMOND HAMILTON, BRENDA HAYES, KEITH HAYSE, DENISE HENRY, JOHN HUFNAGEL, RAUL HERRERA, ANDERSON JACKSON, HOWARD KELL, FRANK KELLY, HENKY KHOE, WILLIAM KRUEGER, GREGG KUYZIN, MICHAEL LAWSON, MARGARET LORD, JERRY MANN, BRUCE MILLER, JOHN MORAN, JOE MUSSIN, DANIEL NICKERSON, MAUREEN NINER, KIM OSWALD, DALE OWINGS, ROBERT PIERCE, NORMAN RABY, JOHN RAKOWSKI, JERRY RAYMOR, GREGORY ROJOWSKI, IAN SMART, WILLARD SMITH, EDMUND THOMAS SOUVIE, MITZI SULLINS, WILLIE THOMAS, RICHARD VAUGHN, JOHN WHITE, KATHLEEN WESNER, FRANK WILLIAMS, DAVID WOJCIK, JOHN YOUNG, KENNETH ABRAMSON, MICHAEL BAUMGARTNER, DANIEL BUDZYNSKI, GEORGE CAMILLERI, MICHAEL CERMAK, CATHERINE CLARK, GARY FINCH, ANDREW GUNNESCH, MOHINDER GUPTA, DAVID HEILALA, MICHELENE HELLWEGE, DENNIS HONEYCUTT, DAVID HUNT, JOHN JERGOVICH, SCOTT KERSTEIN, EDWARD KISSELL, LARRY KRUEGER, DONALD E. LECORNU, GREGORY MLOTKOWSKI, ROBERT MURRAY, KIMBERLY ROBERTS, DENNIS SCHAUMAN, LEE SCHAUMAN, PAUL SIBSON, KURT SONEN, WILLIAM STEWART, BRIAN SUMMERS, MELVIN WALTERS, THOMAS WRIGHT, MAZIE BALKCOM, JEFFREY BARYLAK, JOHNATHAN BIRCHFIELD, DANIEL GEMINICK, ROBERT GEHRKE, JOHN ALLISON and RONALD ZALECKI,

        Plaintiffs,

vs.

**VISTEON CORP.**,

        Defendant.




U.S. District Court
Case No. 03-CV-75163-DT
Hon. Patrick J. Duggan

## STIPULATED ORDER SEALING EXHIBIT

NOV 10 2004

At a session of the Court held on _____
Present: Hon. Patrick J. Duggan, United States District Judge

Upon stipulation of the parties, it is hereby ORDERED that Exhibit A to Plaintiff's Brief in Response to Motion to Dismiss, filed under seal on March 10, 2004 (docket entry #10), shall remain sealed until further order of this Court or the United States Court of Appeals for the Sixth Circuit.

_____
District Court Judge

We stipulate to entry of the above Order:

_____
Donald J. Gasiorek (P24987)
Sommers, Schwartz, Silver
& Schwartz, PC
Attorneys for Plaintiffs
2000 Town Center, Suite 900
Southfield, Michigan 48075
(248) 355-0300

_____
Philip B. Phillips (P55885)
Foley & Lardner
Attorneys for Defendant
150 West Jefferson Avenue, Suite 1000
Detroit, Michigan 48226
(313) 963-9606

2